UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JONATHAN EDWARD KOONTZ | ) | |
| | ) | |
| NATALIE JOAN KOONTZ | ) | CASE NO. 18-63634-wlh |
| DEBTORS. | ) | |

-------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| LAKEVIEW LOAN SERVICING, LLC | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| JONATHAN EDWARD KOONTZ | ) | |
| NATALIE JOAN KOONTZ | ) | |
| NANCY J. WHALEY, Trustee | ) | |
| Respondents. | ) | |

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **Lakeview Loan Servicing, LLC**, has filed a motion for relief from stay and related papers with the Court and that the Court will hold a hearing on the motion **at 2:30 P.M. on March 11, 2020, Courtroom 1403, U.S. Bankruptcy Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response.  Mail/deliver your response so it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's office: **Clerk, United States Bankruptcy Court,**

**Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**.  You must also mail a copy

to the undersigned at the address below.  In the event a hearing cannot be held within thirty (30)

days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C.

§362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced

by signature below.  *The undersigned consents to the automatic stay (and any related co-debtor*

*stay) remaining in effect with respect to Movant until the Court orders otherwise.*

By: */s/ Cory P. Sims* _____
    Cory P. Sims, Esquire
    Georgia Bar No. 701802
    100 Galleria Parkway, Suite 960
    Atlanta, Georgia  30339
    Telephone:  (813) 221-4743 ext. 1947
    Facsimile:  (813) 221-9171
    Email:  csims@alaw.net
    Alternate Email: bkga@albertellilaw.com
    ***Attorney for Creditor***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via

Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this

28th day of February, 2020

By:  */s/ Cory P. Sims* _____
  Cory P. Sims, Esquire
  Georgia Bar No. 701802
  100 Galleria Parkway, Suite 960
  Atlanta, Georgia  30339
  Telephone:  (813) 221-4743 ext. 1947
  Facsimile:  (813) 221-9171
  Email:  csims@alaw.net
  Alternate Email: bkga@albertellilaw.com
  *Attorney for Creditor*

### SERVICE LIST

### VIA REGULAR MAIL:
**Jonathan Edward Koontz**
220 Hopewell Close Lane
Alpharetta, GA 30004
*Debtor*

### VIA ECF:
**Howard P. Slomka**
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339
(404) 800-4001
Fax : 888-259-6137
Email: se@myatllaw.com
*Attorney for Debtor*

### VIA REGULAR MAIL:
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
*Trustee*

### VIA REGULAR MAIL:
U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard

Suite 302
Macon, GA 31201
Phone: (478) 752-3544
*U.S. Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JONATHAN EDWARD KOONTZ | ) | |
| | ) | |
| NATALIE JOAN KOONTZ | ) | CASE NO. 18-63634-wlh |
| DEBTORS. | ) | |

-------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| LAKEVIEW LOAN SERVICING, LLC | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| JONATHAN EDWARD KOONTZ | ) | |
| NATALIE JOAN KOONTZ  , | ) | |
| NANCY J. WHALEY, Trustee | ) | |
| Respondents. | ) | |

_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Lakeview Loan Servicing, LLC,** ("Movant") hereby waives the 30 day hearing requirement of Section 362(e) and moves the Court under 11 U.S.C. §362(d) for relief from the stay for the purpose of foreclosing pursuant to a certain Security Deed, and states the following:

1.     On August 14, 2018, Debtor(s) (the term "Debtor" herein shall refer to both single and joint debtors) filed a Voluntary Petition for Relief pursuant to Chapter 13 of the United States Bankruptcy Code.

2.     On January 31, 2019; the Debtor's Chapter 13 Plan was confirmed [Doc. No. 30]. The Debtor's plan proposed curing Movant's arrears through the Chapter 13 Plan and maintaining contractual payments directly.

3.  Movant holds a security deed which describes real property owned by Debtors and known as 220 Hopewell Close Ln, Alpharetta, GA 30004 (the "Property")

4.      The Property is security for a promissory note held by Movant.  A *true* and *correct* copy of the Note, Mortgage, together with the Assignment of Mortgage, are attached hereto as Exhibits "**A**" and "**B**" respectively.

5.      As of February 12, 2020, the principal balance is $**348,363.62**, and the value of the Property is approximately $410,000.00, pursuant to the Debtor's Schedule "D".

6.      The Debtors are in breach of the terms of the aforementioned Chapter 13 Plan and the note and security deed by failing to make the necessary post-petition payments and is now due for the November 1, 2019 post-petition payment.  Post-petition arrearages are as follows:

| | |
|---|---|
| 4 payments @ $2,573.53 for November 1, 2019 through February 1, 2020 | $10,294.12 |
| Suspense | ($1,519.11) |
| Costs: Attorney Fee | $  850.00 |
| Costs: Court Filing Fee | $  181.00 |
| Total Post Petition Arrearage | $9,806.01 |

7.      Movant respectfully requests that the Court grant it relief from the automatic stay pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Movant for its interest in the Property.

8.      The Security Deed and 11 U.S.C. §506(b) entitles Movant to attorney fees in pursuing legal action such as this Motion, unless clearly shown that there is no equity in the property.

**WHEREFORE**, Movant prays (1) for an order relieving it from the bankruptcy stay and authorizing it to exercise foreclosure rights under its security deed; (2) for attorney fees under 11 U.S.C. §506(b); (3) for waiver of F.R.B.P. 4001(a)(3) to allow Movant to execute the order granting relief instant; and (4) for such further relief as the Court deems appropriate.

By:  */s/ Cory P. Sims*
   Cory P. Sims, Esquire
   Georgia Bar No. 701802
   100 Galleria Parkway, Suite 960
   Atlanta, Georgia  30339
   Telephone:  (813) 221-4743 ext. 1947
   Facsimile:  (813) 221-9171
   Email:  csims@alaw.net
   Alternate Email: bkga@albertellilaw.com
   ***Attorney for Creditor***

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JONATHAN EDWARD KOONTZ | ) | |
| | ) | |
| NATALIE JOAN KOONTZ | ) | CASE NO. 18-63634-wlh |
| DEBTORS. | ) | |

----------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| LAKEVIEW LOAN SERVICING, LLC | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| JONATHAN EDWARD KOONTZ | ) | |
| NATALIE JOAN KOONTZ  , | ) | |
| NANCY J. WHALEY, Trustee | ) | |
| Respondents. | ) | |

_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via

Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this

28th day of February, 2020.

By: */s/ Cory P. Sims*    _____
    Cory P. Sims, Esquire
    Georgia Bar No. 701802
    100 Galleria Parkway, Suite 960
    Atlanta, Georgia  30339
    Telephone:  (813) 221-4743 ext. 1947
    Facsimile:  (813) 221-9171
    Email:  csims@alaw.net
    Alternate Email: bkga@albertellilaw.com
    ***Attorney for Creditor***

**SERVICE LIST**

**VIA REGULAR MAIL:**
**Jonathan Edward Koontz**
220 Hopewell Close Lane
Alpharetta, GA 30004
*Debtor*

**VIA ECF:**
**Howard P. Slomka**
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339
(404) 800-4001
Fax : 888-259-6137
Email: se@myatllaw.com
*Attorney for Debtor*

**VIA REGULAR MAIL:**
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
*Trustee*

**VIA REGULAR MAIL:**
U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201
Phone: (478) 752-3544
*U.S. Trustee*