UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:

Jonathan Edward Koontz,                    Case No.: 18-63634-wlh
Natalie Joan Koontz,                       Chapter: 13

    Debtor.                               /

**LIMITED RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY**

    Comes now Matrix Financial Services Corp. (the "Secured Creditor"), by and through undersigned counsel, to respond to the Debtor's Motion to Approve Sale of Real Property (the "Motion") (Doc. No. 47) and in support thereof, Secured Creditor states as follows:

    1.    This case was commenced by the filing of a voluntary Chapter 13 petition on August 14, 2018.

    2.    Secured Creditor holds a secured lien against the Debtor's property located at 174 Blake Lane, Ellenwood, GA 30294 (the "Property").

    3.    The Debtor is seeking authority to sell the Property.

    4.    In the event that all of the secured debt is satisfied in an amount and manner acceptable to Secured Creditor, then Secured Creditor has no objection to the proposed sale.

    5.    Secured Creditor may refuse any amount less than payment in full of its mortgage loan. In the event the sale does not take place, Secured Creditor shall retain its respective lien for the full amount due under the terms of the loan.

6. Movant hereby requests a provision in the Order to the Debtor's Motion to Approve Sale of Real Property stating that Secured Creditor will be paid in full subject to a proper payoff quote.

WHEREFORE, Secured Creditor requests its lien be paid in full, and for such other and further relief as the Court deems just and proper.

                                                                       McCalla Raymer Leibert Pierce, LLC

By:      */s/Maria Tsagaris*
            Maria Tsagaris
            GEORGIA BAR NO. 143071
            Attorney for Movant
            McCalla Raymer Leibert Pierce, LLC
            1544 Old Alabama Road
            Roswell, Georgia 30076
            Phone: 678-281-6532
            Maria.Tsagaris@mccalla.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:
Jonathan Edward Koontz,
Natalie Joan Koontz,

Case No.: 18-63634-wlh
Chapter: 13

    Debtor.

_____ /

**<u>CERTIFICATE OF SERVICE</u>**

    I, Maria Tsagaris, of MCCALLA RAYMER PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age;

    That on the date below, I served a copy of the within LIMITED RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jonathan Edward Koontz
220 Hopewell Close Lane
Alpharetta, GA 30004

Natalie Joan Koontz
220 Hopewell Close Lane
Alpharetta, GA 30004

Howard P. Slomka                        (*served via ECF Notification*)
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

Nancy J. Whaley, Trustee              *(served via ECF Notification)*
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/6/2021       By:   */s/Maria  Tsagaris*
          (date)                    Maria  Tsagaris
                                    GEORGIA BAR NO. 143071
                                    Attorney for Secured Creditor