**IT IS ORDERED as set forth below:**



**Date: August 27, 2021**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JONATHAN EDWARD KOONTZ | : | CHAPTER 13 |
| AND | : | |
| NATALIE JOAN KOONTZ | : | |
| | : | |
| Debtors. | : | CASE NO.: 18-63634-WLH |
| | : | |

## CONSENT ORDER APPROVING DEBTORS'
## MOTION TO APPROVE SALE OF REAL PROPERTY

JONATHAN EDWARD KOONTZ AND NATALIE JOAN KOONTZ, Debtors in the above styled Chapter 13 case, by and through undersigned counsel, filed their Motion to Approve Sale of Real Property (the "Motion") on July 30, 2021 (Doc. No. 47) seeking authority to sell the

real property located at 174 Blake Lane, Ellenwood, GA 30294 (the "Property"). The Property is currently subject to one mortgage lien. All interested parties have been served with the Motion, and none filed any opposition, except for Secured Creditor who consents to the Motion provided that the mortgage is paid off in full at the sale.

The Court held a hearing on the Motion on August 25, 2021. Debtors were represented by Howard Slomka, Esq. and Chapter 13 Trustee was represented by Ryan J. Williams, Esq. No other party appeared in opposition to the Motion. It appears that there is adequate equity in the Property to pay off the Chapter 13 Plan in full after satisfying the mortgage. It is therefore

ORDERED that the Motion is GRANTED. The Property may be sold with a final payment being delivered from closing counsel to Trustee in an amount equal to $ 29,796.22 (or an amount sufficient to pay off the Chapter 13 Plan if greater).

IT IS FURTHER ORDERED that the Closing Statement shall contain a fee payable to Debtors' counsel in an amount equal to $1,250 for fees as described in the Motion.

IT IS FURTHER ORDERED that the secured claim held by Matrix Financial Services Corp. ("Matrix") shall be satisfied in full at the closing, in accordance with a proper payoff letter from the lender. In the event the sale does not close for any reason, then Matrix shall retain its lien.

IT IS FURTHER ORDERED that the 3% commission due to the Debtors' listing broker shall be remitted to the Debtors' attorney trust account to be held in trust until the broker and the fee are approved by this Court.

All parties and buyers and closing counsel are entitled to rely upon this order in closing the sale of the Property without further approval of this Court.

[End of Order]

Prepared by:

_____/s/_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
6400 Powers Ferry Road NW
Suite 391
Atlanta, GA 30339
(404) 800-4001

CONSENT BY:

____/s_____
Ryan J. Williams, Esq.
GA Bar No. 940874.
Nancy J. Whaley, Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

NO OPPOSITION BY

____/s_____
Heather D. Bock
GA Bar 122806
Counsel for Matrix Financial Services Corp.
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076

Distribution List:

All creditors and parties in interest